NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**U.S. WELL SERVICES, LLC,**
*Appellant*

v.

**HALLIBURTON ENERGY SERVICES, INC.,**
*Appellee*

———————————

2023-1607

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01032, IPR2021-01034.

———————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          U.S. WELL SERVICES, LLC V. HALLIBURTON ENERGY
                                                SERVICES, INC.


(2)  Each side shall bear their own costs.


                                   FOR THE COURT

July 20, 2023
     Date                          /s/ Jarrett B. Perlow
                                   Jarrett B. Perlow
                                   Clerk of Court


**ISSUED AS A MANDATE:** July 20, 2023